COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-116-CV

 

KEVIN
LEE MCCARROLL                                                       APPELLANT

 

                                                   V.

 

THOMAS CALLAHAN, WOODY GOSSOM,                               APPELLEES

PAT NORRISS, GORDON
GRIFFITH, 

BILL
PRESSON, AND JOE MILLER                                                           

                                                                                                        

                                               ----------

             FROM
THE 30TH DISTRICT COURT OF 
WICHITA COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s letter
received January 11, 2008, which we treat as a motion to dismiss the
appeal.  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.  

 

DELIVERED:  February 7, 2008  











[1]See Tex. R. App. P. 47.4.